UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Mills Companies Employee Welfare Benefit Plan Trust,

Plaintiff,

vs.

ORDER

Wayne Russ,

Defendant.

Civ. No. 01-1225 (JMR/RLE)

* * * * * * * * * * * * * * * * * *

To: Dayle Nolan, Larkin Hoffman Daly & Lindgren, 1500 Northwest Financial Center, 7900 Xerxes Avenue South, Bloomington, Minnesota 55431.

At Duluth, in the District of Minnesota, this 10th day of December, 2001.

* * *

The above-entitled matter came before the undersigned United States Magistrate Judge upon routine supervision of cases filed in this Division, and upon an assignment made in accordance with Title 28 U.S.C. §636(b)(1)(A).

This matter was initiated on July 5, 2001, by the filing of a Complaint with the Clerk of Court. It appears that one hundred and twenty (120) days have passed and the Defendant has not been served with the Complaint and Summons as required by Rule 4(m) of the Federal Rules of Civil Procedure.

FILED DEC 10 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK mb

WHEREFORE, Pursuant to the provisions of Rule 4(m) of the Federal Rules of Civil Procedure, it is --

ORDERED:

That counsel for the Plaintiff is directed to show good cause, in writing, within twenty (20) days of the date of this Order, for an extension of time in which service can be effectuated. In the absence of good cause shown, the Court shall Recommend that this action be dismissed for failure to effect proper service upon the Defendant and for failure of prosecution.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE